JPME

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT 18 PM 3:45

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.**<br>**Robbyn Leslie HORNE**<br>**Antonio FIGUEROA-Martinez** | **Magistrate's Case No.** '07 MJ 2494<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 & 960<br><br>Unlawful Importation of a Controlled Substance<br><br>18 U.S.C. 2<br><br>Aiding and Abetting |

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about October 17, 2007, within the Southern District of California, Robbyn Leslie HORNE and Antonio FIGUEROA-Martinez did knowingly and intentionally import 5.68 kilograms (12.50 pounds) of cocaine, a schedule II controlled substance, and 9.71 kilograms (21.38 pounds) of methamphetamine, a schedule II controlled substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960; Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 18th day of October, 2007.

[signature]

United States Magistrate Judge

United States of America
VS.
**Robbyn Leslie HORNE**
**Antonio FIGUEROA-Martinez**

STATEMENT OF FACTS

On October 17, 2007, at approximately 2:20 pm, Antonio Catarino FIGUEROA-Martinez entered the United States from Mexico through the Otay Mesa Port of Entry (POE) as the driver and sole occupant of a Mexican Taxi Cab bearing Baja, California License 2917ZLE. Through prior contacts, Contraband Enforcement Team Officers working in the pre-primary area knew FIGUEROA was escorting a 1999 Suzuki bearing California license plate 5VBE107, which was located in line behind the Mexican Taxi Cab driven by FIGUEROA. FIGUEROA and the Mexican Taxi Cab were referred to the secondary inspection area for an intensive examination.

A Customs and Border Protection (CBP) Officer encountered Robbyn Leslie HORNE as the driver and sole occupant of the 1999 Suzuki bearing California license plate 5VBE107. The CBP Officer questioned HORNE regarding her citizenship. HORNE presented the CBP Officer with a California Driver's License (CDL). The CBP Officer noticed that HORNE'S hands were shaking as she presented the CDL. The CBP Officer conducted a preliminary inspection of the vehicle and smelled a strong odor of bondo. Bondo is a material known to be used in the manufacture of non-factory compartments. HORNE and the 1999 Suzuki were referred to the secondary inspection area for an intensive examination.

Upon examination of the 1999 Suzuki, a CBP Officer discovered a non-factory compartment located underneath the rear seats of the vehicle. The CBP Officer got underneath the vehicle and looked through a small hole. The CBP Officer noticed a package wrapped in silver and black packaging tape. The CBP Officer drilled into the package and discovered a

SPME

white powdery substance that tested positive for cocaine. Five (5) packages of cocaine with a total weight of 5.68 kilograms (12.50 pounds) and nineteen (19) packages of methamphetamine with a total weight of 9.71 kilograms (21.38 pounds) were removed from the vehicle.

Post Miranda, HORNE admitted knowledge of the narcotics in the vehicle. HORNE explained that she was going to be paid $2500 USD to successfully smuggle the narcotics into the United States from Mexico. HORNE stated she had been instructed to deliver the vehicle to a mall in the Orange County area.

Post Miranda, FIGUEROA admitted that he was being paid $100 to escort the 1999 Suzuki into the United States from Mexico. FIGUEROA admitted that he believed that the 1999 Suzuki contained narcotics. FIGUEROA stated that he had escorted this vehicle, laden with narcotics, approximately ten times.

HORNE and FIGUEROA were arrested for violating Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance, and Title 18, United States Code, Section 2, Aiding and Abetting. HORNE and FIGUEROA were booked into the Metropolitan Correctional Center, San Diego, CA on the above charges.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**